No. 71–10  Samuel C. Miller, AQ2, U. S. Navy v RADM J. W. Williams, Jr.,

U. S. Navy, Commandant Eleventh Naval District and United States.

ORDERED:
That said Petition be, and the same is, hereby denied. Levy v Resor, 17 USCMA 135, 37 CMR 399 (1967); see also United States v Bayhand,

6 USCMA 762, 21 CMR 84 (1956); United States v Johnson, 12 USCMA 640, 31 CMR 226 (1962).

(J. DARDEN would dismiss the Petition. See his dissent in Collier v United States, 19 USCMA 511, 42 CMR 113 (1970).)